# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| James William Jones, Jr., | ) | Case No. 1:23-cr-017 |
| | ) | |
| Defendant. | ) | |

On motion by Defendant, the Court issued an order on February 2, 2024, continuing Defendant's plea and sentencing hearing until May 15, 2024, in Bismarck (Eagle Courtroom). (Doc. No. 46).

On February 28, 2024, Defendant filed a Motion to Modify Conditions of Release. (Doc. No. 48). He also filed Motion to Appear by Phone. (Doc. No. 49). Therein he requested authorization for counsel to "appear by telephone for any hearings requested by the parties or ordered by the court." (Doc. No. 49). The undersigned construes this as a request for counsel to appear by telephone for any hearing scheduled on the Motion to Modify Conditions of Release.

On March 14, 2024, the undersigned issued an order denying Defendant's Motion to Modify Conditions of Release. (Doc. No. 51). Consequently, the undersigned deems as **MOOT** Defendant's Motion to Appear by Phone (Doc. No. 49). If it was Defendant's intent to request authorization to appear remotely for his plea and sentencing, he can file the appropriate motion.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court